JN/ABS:MGD
F. #2019R00375

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

     - against -

JOHN DOE,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

**1:21-cr-00288(FB)(VMS)**

Criminal Docket No. _____-_____(_____)

       PLEASE TAKE NOTICE that the undersigned will move this Court, before a

judge to be assigned, for leave to file an information upon the defendant JOHN DOE's

waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:     Brooklyn, New York
           May 26, 2021

                          MARK J. LESKO
                          Acting United States Attorney
                          Eastern District of New York

                     /s Miriam L. Glaser Dauermann
        By:   _____
                          Miriam L. Glaser Dauermann
                          Trial Attorney, Fraud Section
                          (718) 254-7575

Cc:    Clerk of the Court
       Brian Davis, Esq.